## MOTION DOCKET

**90–1430.** State ex rel. Auto Dealers Assn. of E. Ohio, Inc. v. O'Brien. In Mandamus. On motion to show cause, motion to strike, and request for oral argument. Show cause ordered and limited hearing set.

WRIGHT, J., dissents, would enter a finding of contempt, impose a $500 fine, and permit ninety days to purge.

**90–2236.** State v. D'Ambrosio. *Cuyahoga County*, No. 57448. On motion for leave to file supplemental brief instanter. Motion granted.

**91–2200.** Eastwood Mall, Inc. v. Slanco. *Trumbull County*, No. 90–T–4433. On motion for leave to file corrected appellees' brief instanter. Motion granted.

**92–1773.** Columbus S. Power Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–418–EL–AIR. On motion for leave to intervene of Ohio Council of Retail Merchants. Motion granted.

F.E. SWEENEY, J., dissents.

**92–1875.** Newman v. United Ohio Ins. Co. *Lawrence County*, No. 91–CA–26. On motion to remand. Motion denied.

**92–1916.** State v. Sumlin. *Cuyahoga County*, No. 60596. On motion for appointment of counsel. *Sua sponte*, this cause is remanded to the court of appeals for appointment of counsel.

**92–2081.** State ex rel. Waddle v. Indus. Comm. *Franklin County*, No. 91AP–1331. On motion for leave to file *amicus* of Ohio Manufacturers' Association et al. Motion granted.

**92–2248.** Roselawn Community Council, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1648–TP–ATA. On motion for leave to intervene of Cincinnati Bell Telephone Company. Motion granted.

F.E. SWEENEY, J., dissents.

MOYER, C.J., and RESNICK, J., not participating.

**92–2323.** In re Doerger. On motion to show cause. Al Doerger is found in contempt and ordered to appear.

RESNICK, J., would grant the motion.

**92–2378.** Cambridge Arms, Ltd. v. Hamilton Cty. Bd. of Revision. Board of Tax Appeals, Nos. 90–M–1352 and 90–M–1353. On motion for leave to file appellant's record instanter. Motion granted.

**93–94.** State ex rel. Cooey v. Judges of the Court of Appeals for the Ninth App. Dist. In Mandamus. On motion for peremptory writ or alternative writ, and request for oral argument. Motion and request denied.